**Tamera L. ETHERIDGE,**
**Plaintiff-Appellant,**

**v.**

**CITY OF ROANOKE RAPIDS; Joseph Scherer, in his Official Capacity as City Manager; John Simeon, in his Official and Individual Capacity as**

Director, Parks and Recreations; Christina Coker, in her Official and Individual Capacity as Aquatics Supervisor, Defendants-Appellees.

No. 16-1764

United States Court of Appeals, Fourth Circuit.

Submitted: February 28, 2017

Decided: March 6, 2017

Anthony James Cuticchia, Jr., AJC LEGAL SERVICES, Raleigh, North Carolina, for Appellant. Torin L. Fury, William L. Hill, FRAZIER HILL & FURY, RLLP, Greensboro, North Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamera L. Etheridge appeals the district court's order dismissing her complaint for insufficient process, insufficient service of process, and lack of personal jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Etheridge v. City of Roanoke Rapids, No. 4:15-cv-00089-BO, 2016 WL 3080788 (E.D.N.C. filed May 27, 2016 & entered May 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED